FORM 8A. Entry of Appearance                                                  Form 8A (p.1)
                                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CORRECTED ENTRY OF APPEARANCE

**Case Number:** 2024-1197

**Short Case Caption:** Chateau Lynch-Bages v. Chateau Angelus S.A

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Chateau Angelus S.A

| | | |
|---|---|---|
| **Principal Counsel:** David C. Brezina | | Admission Date: 10/1/1982 |
| Firm/Agency/Org.: Ladas & Parry, LLP | | |
| Address: 224 S Michigan Ave, Suite 1600, Chicago, IL 60604 | | |
| Phone: 3124271300 | Email: dbrezina@ladas.net; dbrezina@rcn | |
| **Other Counsel:** John S. Egbert | | Admission Date: 1989 |
| Firm/Agency/Org.: Egbert, McDaniel & Schwartz, PLLC | | |
| Address: 1001 Texas, Suite 1250, Houston, Texas 77002 | | |
| Phone: 7132248080 | Email: mail@emsip.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/19/24                    Signature: /s/ David C. Brezina

                                 Name: David C. Brezina