NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHATEAU LYNCH-BAGES,**
*Appellant*

v.

**CHATEAU ANGELUS S.A.,**
*Appellee*

---

2024-1197

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91268431.

---

**ON MOTION**

---

Before DYK, *Circuit Judge*.

**O R D E R**

Chateau Angelus S.A. moves for leave to file a supplemental appendix, which is cited in its response brief. The court notes that certain pages of the supplemental appendix, *see, e.g.*, Sappx69–74, 77, 79–85, appear to display black appendix page numbers on a black background, which does not appear to be consistent with the record before the Trademark Trial and Appeal Board.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that a corrected supplemental appendix, fixing the issue noted in this order, is due no later than 7 days from the date of entry of this order.

FOR THE COURT

May 15, 2024
Date

Jarrett B. Perlow
Clerk of Court